IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL ACTION |
| v. | | NO. 03-0812 |
| | : | |
| ALEXANDER ALAMO, | | CIVIL ACTION |
| a/k/a "FLEX" | | NO. 09-1665 |
| Defendant. | : | |

**ORDER**

AND NOW, this 11th day of July, 2018, upon consideration of Petitioner's Motion To Vacate/Set Aside/Correct Sentence Habeas Corpus Under 28 U.S.C. § 2255 (ECF No. 77), Petitioner's Motion to Amend Motion to Vacate/Set Aside/Correct Sentence Habeas Corpus Under 28 U.S.C. § 2255 (ECF No. 82), and all Responses thereto (ECF Nos. 81, 84), it is hereby ORDERED as follows:

(1) Petitioner's Motion To Vacate/Set Aside/Correct Sentence Habeas Corpus Under 28 U.S.C. § 2255 (ECF No. 77) is DENIED in accordance with this Court's accompanying Memorandum;

(2) Petitioner's Motion to Amend Motion to Vacate/Set Aside/Correct Sentence Habeas Corpus Under 28 U.S.C. § 2255 (ECF No. 82) is GRANTED in accordance with this Court's accompanying Memorandum; and,

(3) A Certificate of Appealability shall NOT ISSUE.

BY THE COURT:

C. Darnell Jones, II  J.